

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **ENERGY COAL, S.p.A.** | : | **NO. 2:14-CV-03092** |
| **VERSUS** | : | **JUDGE WALTER** |
| **CITGO PETROLEUM CORP.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons assigned in the Memorandum Ruling issued this same date, **IT IS ORDERED** that the motion to dismiss filed on behalf of CITGO Petroleum Corp., [Doc. #18], be and is hereby **GRANTED,** and that the claims of Energy Coal, S.p.A., be and are hereby **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26 day of August, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE