UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ENERGY COAL S.P.A.,**

  *Plaintiff,*

Vs.

**CITGO PETROLEUM CORPORATION**

  *Defendant*

**CIVIL ACTION NO.  2:14-cv-03092**

**JUDGE: DONALD E. WALTER**

**MAGISTRATE JUDGE: KATHLEEN KAY**

**NOTICE OF APPEAL**

Notice is hereby given that Energy Coal S.p.A., ("Energy Coal"), plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment dated August 26, 2015 and entered in the record of this case on August 31, 2015 [Doc. #45].

Respectfully submitted,

**MILLER & WILLIAMSON  LLC**

s/ Iliaura Hands
ILIAURA HANDS (LA # 23115)
MACHALE A.  MILLER (LA # 9499)
I.MATTHEW WILLIAMSON (LA # 13532)
1515 Poydras Street, Suite 2130
New Orleans, Louisiana 70112
Telephone:  (504) 525-9800
Telefax: (504) 525-9820
Email: ili@miller-llc.com
**Attorneys for Plaintiff, Energy Coal S.p.A.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via the Case Management/Electronic Case File (CM/ECF) a system which will send a notice of electronic filing to all counsel along with a copy in PDF format of the documents being filled herein on this __24th__ day of September 2015.

                                              **s/** Iliaura Hands_____
                                              ILIAURA HANDS